UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    NOTICE OF ATTORNEY APPEARANCE

        - against -

                                                    CASE NUMBER: 07 CRIM. 815

VYACHESLAV MANOKHIN,

                        Defendant.
---------------------------------------------------X


        PLEASE TAKE NOTICE, that Michael L. Macklowitz, 299 Broadway, Suite 1405, New

York, New York 10007 has been retained as attorney for the Defendant VYACHESLAV

MANOKHIN and hereby appears on their behalf and demands that a copy of all papers in this

action be served on the undersigned at the office and post office address stated below.


Dated:  New York, New York
        August 31, 2007


                                        Yours, etc.
                                        /s/_____
                                        Michael L. Macklowitz, Esq. (MLM0047)
                                        Attorney for Defendant
                                        299 Broadway, Suite 1405
                                        New York, NY 10007
                                        Tel: 212-227-6655
                                        Fax: 212-732-6972
                                        E-Mail: law299@aol.com