MICHAEL L. MACKLOWITZ
Attorney At Law
299 Broadway
New York, New York 10007
Telephone: 212 227 6655
Facsimile: 212 732 6972
E Mail: law299@aol.com

October 3, 2007

**VIA ECF and FACSIMILE: 212 805 7901**

Hon. Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                        Re: United States v. Vyacheslav Manokhin, *et al.*
                           <u>Indictment Number  07 CR 815 (HB)</u>

Dear Judge Baer:

     I represent Vyacheslav Manokhin, a defendant, in the above referenced indictment. This matter is scheduled to appear before your Honor on Thursday, October 4, 2007 at 11:30 am. This letter is written to request the opportunity to make a bail application to modify the terms of the existing bail conditions immediately following the scheduled proceedings.

     On August 6, 2007, Mr. Manokhin was arraigned before United States Magistrate Fox, who set the following conditions of bail; $300,000 PRB, two financially responsible persons, $10,000.00 cash, travel restricted to SDNY/EDNY and the District of Connecticut.

     Mr. Manokhin has resided with his wife for the past 18 years in the State of Connecticut and has two children ages 15 and 11, who were born in the United States and are naturalized citizens. While residing in the United States Mr. Manokhin has continuously been employed at the United Nations where he serves as a Russian Interpreter. Neither Mr. Manokhin nor his wife are United States citizens however remains in the United States pursuant to a G-4 Visa, which are issued to aliens who come to the United States to take up an appointment at a designated international organization, of which the United Nations is one.

Hon. Harold Baer, Jr.
October 3, 2007
Page - 2 -

      Mr. and Mrs. Manokhin own their residence where they reside at 150 Prospect Street, Unit #22, Greenwich, CT. A recent appraisal of their residence reflects the present market value to be $635,000.00 as of September 6, 2007. There is a mortgage on the premises with a balance of approximately $334,000.00 as of September 2007 and therefore there is approximately $301,000.00 in equity.

      It is respectfully requested that the bail conditions be modified to place the equity of the property as bail in lieu of securing two financially responsible persons. The reason for this request is that Mr. and Mrs. Manokhin have no relatives in this Country and the majority of their friends have been transient and have returned to Russia as a result of their employment.

      Subject to the Court's approval it is respectfully requested that this application be permitted to go forward immediately following the appearance on Thursday, October 4, 2007.

      Very truly yours,

      /s/ Michael L. Macklowitz
      Michael L. Macklowitz

MLM:cf

cc:  Iris Lan, Esq. Via ECF and Fax - 212-637-2390
     Dina Nastaliev, Via Fax 212- 805-4176