UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES,                               :
                                             :        07 Cr. 0815 (HB)
            Plaintiff,                       :
                                             :        <u>ORDER</u>
    -against-                                :
                                             :
VYACHESLAV MANOKHIN,                         :
                                             :
            Defendant.                       :
------------------------------------------------------x

Hon. Harold Baer, Jr., District Judge:

      Mr. Joel Kenneth Dranove and his client, Mr. Vyacheslav Manokhin, may be permitted, if it cannot be accomplished more simply in the United States Attorney's Office, to review at the MCC the contents of a hard drive under the supervision of a United States Marshal, or more than one, and in the MCC only with the permission of the Bureau of Prisons. If available, the hard drive will be provided by the Assistant United States Attorney, or whoever has custody, and either the Assistant United States Attorney or the Bureau of Prisons will arrange, if conveniently possible, to provide technical arrangements for such a viewing in one venue or the other.

SO ORDERED.

March 5, 2008
New York, New York

                                              U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

1