# EXHIBIT A

[2]

1330 Midland Avenue 1D
Bronxville, NY 10708
April 22, 2008

The Honorable Harold Baer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Baer,

I am writing to you as a close friend and colleague of Mr. Vyacheslav Manokhin, whom I have known since 1987. At that time, I was the Chief Editor of the United Nations Development Programme and came into frequent contact with Mr Manokhin in his capacity as a Russian translator. An American citizen, I have now retired from the United Nations and am an international consultant.

In our telephone professional inquiries, I was struck by Vyacheslav's alert mind and his desire to make sure that the translations leaving his desk were of the highest caliber; he posed many challenging questions of a linguistic nature and I had many professionally rewarding conversations with him. As a result of these exchanges, we met in 1988 and I was immediately impressed that somebody so young should have such a mature mind.

My wife and I soon became close friends with Vyacheslav and his wife, Anna. They both told us of the difficult times they had undergone before the dissolution of the Soviet Union, including the restrictions placed on them when they first moved to New York: they were bussed to the UN and a great part of Vyacheslav's salary was withheld. They were both very happy to be in the United States and admired the way of life they were able to discover once restrictions were lifted. Vyacheslav's driving desire was to learn from the American way of life, where he saw hard work appropriately rewarded. When his first son, Konstantin, was born, Barbara and I were honored to be godparents. We have kept up our friendship and duties in good times and bad.

I am very sorry that Vyacheslav's enthusiasm, wish to better himself, overwhelming generosity to others and desire to integrate himself and his family as worthy members of society have been thwarted by recent events. I can only hope that the potential of this man, who is still young and has so much to offer, will be fully realized. We know him as a loving father and husband and a caring, providing son to his parents and parents-in-law. We are as devastated as his family and feel particular concern for the boys, Konstantin and his brother Antony, who are wonderful American citizens. They do extremely well academically, artistically and in sports. Most of all, they need their father, who provides what nobody else can -- inspiration, fatherly affection and recognition.

Sincerely,

James A. Lee, Ph.D.

# EXHIBIT B

| **Subject** | Fw: anna letter |
| **Sent Date** | 05-06-2008 8:04:35 PM |
| **From** | anya <tokar37@mail.ru> |
| **Reply-To** | anya <tokar37@mail.ru> |
| **To** | james roth <jmroth@lycos.com> |

```
-----Original Message-----
From: anya <tokar37@mail.ru>
To: tokar37@mail.ru
Date: Sat, 03 May 2008 21:00:53 +0400
Subject: anna letter

>
>
> 150 Prospect Street Unit 22
> Greenwich, CT 06830
> April 25, 2008
>
> The Honorable Harold Baer
> United States District Court Judge
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007
>
>
> Dear Honorable Harold Baer,
> I have been married to Vyacheslav Manokhin for 26 years and he is the father of
> my two children. Vyacheslav is a very caring and sincere father and the kids miss him
> greatly. He is a very trustworthy and trusting person, and at times that cost him in life.
> His parents also love him immensely and call me every day asking how he is. His father is
> ill and his mother goes to church habitually and prays for well being of our whole family.
> Vyacheslav is a person who will help anyone that needs aid or assistance. When my kids
> needed help with homework or an assignment and had no idea what it is about,
> Vyacheslav would come over and help them resolve any problems they were having.
> Vyacheslav understands them and likes talking to Konstantin and Antony. I know both
> boys and their dad miss sitting at the dinner table and talking about their days. We all just
> want him back home.
>
> Sincerely,
>
> Anna Manokhin
>
>
>
>
>
```

File :  **anna_letter.wps**  (8 KB)     Save PC

Print

| **Subject** | Fw: antony letter |
| **Sent Date** | 05-06-2008 8:04:03 PM |
| **From** | anya <tokar37@mail.ru> |
| **Reply-To** | anya <tokar37@mail.ru> |
| **To** | james roth <jmroth@lycos.com> |

-----Original Message-----
From: anya <tokar37@mail.ru>
To: tokar37@mail.ru
Date: Sat, 03 May 2008 21:10:35 +0400
Subject: antony letter

>
> 150 Prospect Street Unit 22
> Greenwich, CT 06830
> April 25, 2008
>
> The Honorable Harold Baer
> United States District Court Judge
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007
>
>
> Dear Honorable Harold Baer,
> I am a 6th grade student at Western Middle School. I miss my dad a lot. He is
> one of the best dads in the world, he looks after my older brother and I and always helps
> out with anything. It has been tougher since my dad left. Without him I have no time to
> spend with anyone. My mom is always busier trying to get money and my older brother is
> getting older and his work for school has gotten harder so he spends time doing that. The
> family dog has been suffering too because my dad was her best friend. Every night my
> dad would come home from a hard days work and play with the dog but now those days
> are gone and dog feels empty. It was a big loss for the whole family and I just want my
> dad to come home and share the same laughs we had.
>
> Sincerely,
>
> Antony Manokhin
>
>
>
>
>
>

File : [E] **antony_letter.wps**  (8 KB)                                    Save PC

Print

| | |
|---|---|
| **Subject** | Fw: konstantin letter |
| **Sent Date** | 05-06-2008 8:03:31 PM |
| **From** | anya <tokar37@mail.ru> |
| **Reply-To** | anya <tokar37@mail.ru> |
| **To** | james roth <jmroth@lycos.com> |

-----Original Message-----
From: anya <tokar37@mail.ru>
To: tokar37@mail.ru
Date: Sat, 03 May 2008 21:07:55 +0400
Subject: konstantin letter

>
>
> 150 Prospect Street Unit 22
> Greenwich, CT 06830
> April 25, 2008
>
> The Honorable Harold Baer
> United States District Court Judge
> Southern District of New York
> 500 Pearl Street
> New York, NY 10007
>
> Dear Honorable Harold Baer,
> I am currently a 10th grade student at Greenwich High school in Greenwich, CT.
> I believe that every household should have the presence of not only a mother but also a
> father. My father was a very hard working man and the principle of hard work is one out
> of the endless lessons that I obtained from him. I enjoyed going to work with my dad at
> the United Nations. The security guards consistently greeted me well, and I will never
> forget walking through one of the most famous buildings in the world with my dad. I
> remember trying to eat more than him at the dinner table and eventually I was catching up
> as the years went by. We had long conversations after my mom and brother went up
> stairs. He understood me and I understood him. I miss him helping me with homework
> that seems impossible or other issues that I have been facing in my life. My dad is a
> person who at times trusts people too quickly, and there are some evil people in this
> world who see that as an opportunity to take advantage of someone. Everybody in the
> world makes mistakes, and I know for a fact that my father is intelligent enough not to
> repeat that mistake.
>
> Sincerely,
>
> Konstantin Manokhin
>
>
>
>
>

File :  **Konstantin_letter.wps**   (9 KB)       Save PC

Print