Local Criminal Notice of Appeal Form.

MAY 28 2008

## NOTICE OF APPEAL
## United States District Court

_____ SD _____ District of _____ N.Y. _____

U.S. vs.

Vyacheslav Manvokin.

Docket No.: _____ 07 CR 815 (HB) _____

_____ HAROLD J. BAER, JR. _____
(District Court Judge)

Notice is hereby given that _____ Vyacheslav Manvokin _____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [ ✓ ], other [ _____ ] _____
(specify)

entered in this action on _____ 5/20/08 _____.
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [ ✓ ]

Date _____ 5/28/08 _____
TO

U.S.A. S.D.N.Y.
1 St. Andrew's Place
New York, New York.

ADD ADDITIONAL PAGE (IF NECESSARY)
Attn. AUSA Michael Farbiarz

James Roth / Hurwitz Stampur Roth
(Counsel for Appellant)

Address _____ 299 BWY #800 _____
_____ NYNY 10007 _____

Telephone Number: _____ 212 619 4240 _____

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER |

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[ ] I am ordering a transcript
[ ✓ ] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ X ] Other. Attach explanation I have placed order.

Prepare transcript of
[ ] Prepare proceedings _____
[ ] Trial _____
[ ] Sentencing _____
[ ] Post-trial proceedings _____

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE James Roth    DATE 5/28/08

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05